RUTH IONA SORRELS AND HER HUSBAND, CHARLES E. SOR-
RELS, *Appellants,* v. WALTER McNALLY, PERSONALLY,
AND AS EXECUTOR AND TRUSTEE OF AND UNDER THE LAST
WILL AND TESTAMENT OF JOHN B. FLINN, SENIOR, DE-
CEASED, AND ZEOLIDE W. FLINN, *Appellees.*

Division B.

Decision Filed December 20, 1927.

PER CURIAM.—The only question involved in this appeal
is who shall pay the cost of administering a trust estate.
We understand the law to be that the trust estate must
bear such costs so the decree of the chancellor is affirmed
on authority of Sorrells v. McNally, 89 Fla. 457, 105 So.
106.

*C. S. Green* and *V. L. Gudger,* of Asheville, N. C., for
Appellants;

*Charles P. Cooper* and *A. H. Odom,* for Appellees.